IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

**EDRICK HARDRICK,**           *

       Plaintiff,           *

v.           Case No.   1:23-CV-150 (LAG)

       *

       *

**NAVY FEDERAL CREDIT UNION,**

       Defendant,

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated January 5, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 5th day of January, 2024.

                            David W. Bunt, Clerk

                            s/ Dennis Tomlinson, Deputy Clerk